# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 20, 2006

130929-31

CHRISTOHER PURCELL,
      Plaintiff-Appellee,

v

STURGIS HOSPITAL,
      Defendant-Appellant,

and

EDWARD GRIFFIN, M.D., EDWARD GRIFFIN,
M.D., P.C., JOHN COLIN KIRKPATRICK, M.D.,
JOHN COLIN KIRKPATRICK, M.D., P.C.,
ROME AHUJA, M.D., ROME AHUJA, M.D.,
P.C., YAHYA ALBEER, M.D., YAHYA
ALBEER, M.D., P.C., RAYMOND
RANDONOVICH, D.O., RAYMOND
RANDONOVICH, D.O., P.C., and THOMAS
BRENNER, M.D.,
      Defendants.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130929-31
COA: 266114; 267831; 267832
St. Joseph CC: 03-000617-NH

On order of the Court, the application for leave to appeal the March 3, 2006 order of the Court of Appeals is considered and, it appearing to this Court that the case of *Stamplis v St. John Health System* (Docket No. 126980) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 20, 2006

Clerk

p0913